Certiorari dismissed, January 11, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-1664**

─────────────

LAUNEIL SANDERS; JANNETH SANDERS,

            Plaintiffs - Appellants,

      v.

HENRY MCMASTER, State of South Carolina Authorized Agent,
Chief Law Enforcement Officer, SC Attorney General; TREY
GOWDY, State of South Carolina, SC 7th Solicitor; MARK
KITCHENS; DAVID INGALLS; DAVID ALFORD; PREPAID LEGAL, INC.,
Its Authorized Representative Counsel Berry, Quackenbush,
and Stuart,

            Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior
District Judge.  (7:07-cv-03510-GRA)

─────────────

Submitted:  July 23, 2009          Decided:  July 27, 2009

─────────────

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Launeil Sanders, Janneth Sanders, Appellants Pro Se.  Mary
Frances G. Jowers, SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE,
Columbia, South Carolina; Edwin Calhoun Haskell, III, SMITH &
HASKELL, Spartanburg, South Carolina; Christopher R. Antley,
DEVLIN & PARKINSON, PA, Greenville, South Carolina; David
Griffith Ingalls, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil and Janneth Sanders appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Sanders' 42 U.S.C. § 1983 (2006) complaint against Prepaid Legal, Inc and denying Sanders' motion for leave to file another complaint against Prepaid Legal, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. McMaster, No. 7:07-cv-03510-GRA (D.S.C. May 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED